IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00183-ZLW-CBS

TRIRIGA LLC, a Nevada limited liability company,

    Plaintiff,

v.

ANDERSEN CORPORATION, a Minnesota corporation, and
JOHN DOES 1-10,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the Stipulated Motion For Dismissal With Prejudice (Doc. # 16) executed by counsel for Plaintiff and by counsel for Defendant. In consideration thereof, it is

ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought between Plaintiff and Defendant are dismissed with prejudice, each party to pay his, her or its own costs and fees.

DATED at Denver, Colorado, this 15th day of April, 2008.

                                        BY THE COURT:

                                        *Zita L. Weinshienk*
                                        ZITA L. WEINSHIENK, Senior Judge
                                        United States District Court